No. 5048.—Banco Comercial de Puerto Rico, apldo. *v.* Pizá Hnos., S. en C., en Liquidación, aplte.—C. D. San Juan. Nov. 5, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vista la moción que antecede sobre desestimación de la presente apelación, y apareciendo de la certificación acompañada a la misma que el escrito de apelación fué radicado fuera de tiempo, se declara con lugar dicha moción y se desestima la apelación establecida contra la sentencia dictada por la Corte de Distrito de San Juan con fecha 4 de junio, 1929.

El Juez Asociado Señor Texidor no intervino.

No. 5044.—Báez, tercerista-apldo., *v.* Porto Rico Commercial Corporation, et al., apltes.—C. D. Humacao. Nov. 5, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Celebrada la vista de la moción para desestimar, a la cual no asistieron las partes, se declara con lugar la moción por falta de la debida prosecución y por tanto se desestima el recurso de apelación interpuesto en este caso por la parte demandada.

No. 5066.—Rodríguez Cancio, apldo., *v.* Independence Indemnity Co., aplte.—C. D. Aguadilla. Nov. 5, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Celebrada la vista de la moción para desestimar, a la cual sólo asistió la apelada, y apareciendo que este tribunal carece de jurisdicción por razón de la cuantía envuelta, y además que el apelante ha dejado de perfeccionar el recurso, se declara con lugar la moción, y en su consecuencia se desestima la apelación establecida en este caso por la demandada.

El Juez Asociado Señor Texidor no intervino.